Filed on 1/21/2015 2:43:48 PM

**OFFICE OF STAN STANART**
COUNTY CLERK, HARRIS COUNTY, TEXAS
CIVIL COURTS DEPARTMENT

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/21/2015 2:47:02 PM
CHRISTOPHER A. PRINE
Clerk

January 21, 2015

14ᵗʰ Court of Appeals
301 Fannin
Houston, Texas 77002

## LETTER OF ASSIGNMENT

Trial Court Docket Number: 978206
Trial Court Number: Four (4)

**Style:**

| ELITE COLLISION CENTER, ET AL. | VS. | CC AUTO BROKERS, INC. |
|---|---|---|
| APPELLANT(S) | | APPELLEE(S) |

**Judge:** ROBERTA LLOYD

**Appellant(s) Attorney:**
**Michael R. Harris, No. 24025414**
**1330 Pos Oak Boulevard Suite 2550**
**Houston, Texas 77056**
**Phone: (713) 864-6401**
**Fax: (713) 877-8669**
**E-Mail: N/A**

**Appellee(s) Attorney:**
**Marc J. Wojciechowski, No. 2184460**
**17447 Kuykendahl Road, Suite 200**
**Houston, Texas 77379**
**Phone: (281) 999-7774**
**Fax: (281) 999-1955**
**E-Mail: N/A**

Elite Collision Center, ET AL., appellant, filed a Notice of Appeal on January 16, 2015 from the Final Judgment that was signed on December 15, 2014.

Motion to for New Trial filed January 16, 2015

The Clerk's Record is due to your office on or before February 14, 2015.

/S/Joshua Alegria
Joshua Alegria
Deputy Clerk
P.O. Box 1525
Houston, TX 77251-1525
(713) 755-6421

**1**

FILED
1/16/2015 9:50:43 PM
Stan Stanart
County Clerk
Harris County

**CAUSE NO. 978206**

| | | |
|---|---|---|
| CC AUTO BROKERS, INC. | § | IN THE COUNTY COURT AT LAW |
| | § | |
| VS. | § | NUMBER FOUR (4) |
| | § | |
| ELITE COLLISION CENTER, *ET AL* | § | HARRIS COUNTY, TEXAS |

## NOTICE OF APPEAL

Notice is hereby given that the Defendant, Elite Collision Center, et al, appeals from the Final Judgment signed December 15, 2014, the order overruling Defendant's Motion for Directed Verdict (and the overruling of those motions by operation of law previously), and all adverse interlocutory rulings that merged into the judgment.

The Final Judgment and all orders were signed in Cause No. 978206; CC Auto Brokers, Inc. vs. Elite Collision Center, et al; In The County Court At Law Number Four (4) of Harris County, Texas. The appeal will be to the Fourteenth Court of Appeals

Respectfully submitted,

THE HARRIS LAW FIRM

By:___/s/_____
        MICHAEL R. HARRIS
        State Bar No. 24025414
1330 Post Oak Blvd., Suite 2550
Houston, Texas 77056
Telephone No. 713-864-6401
Facsimile No.  713-877-8669

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

A true copy of Defendant's Notice of Appeal was served on Friday, January 16, 2015, by hand delivery, certified mail, return receipt requested, and/or fax, and/or email to the following counsel of record Marc Wojciechowski, Wojciechowski & Associates, P.C. 17447 Kuykendahl Road, Suite 200 Spring, Texas 77379.

_/s/_____
Michel Harris

1

**"CLOSED"**

Cause No. 978206

| | | |
|---|---|---|
| C.C. AUTO BROKERS, INC., AND | § | IN THE COUNTY COURT |
| MICHELLE L. GAY | § | |
| | § | AT LAW NO. 4 |
| v. | § | |
| | § | |
| STERLING INTERESTS INVESTMENTS, | § | HARRIS COUNTY, TEXAS |
| INC. | | |

## FINAL JUDGMENT

On the 1st day of December, 2014, the Court called the above entitled and numbered lawsuit to trial. Plaintiff, C.C. Auto Brokers, Inc. appeared by and through its attorney of record and announced ready for trial. Defendant, Sterling Interests Investments, Inc. appeared by and through its attorney of record and announced ready for trial. On 2nd day of December, 2014, the Court impaneled and swore in a jury of six (6) qualified persons. The parties in the above entitled and numbered lawsuit presented to the jury live testimony, exhibits, and arguments of counsel. As of the 3rd day of December, 2014, all parties rested and closed. The Court then submitted the case to the jury by way of written questions, definitions, and instructions. The jury made findings that were received by the Court, were filed, and entered on the record. The jury's findings are accepted by the Court in their totality and are incorporated herein by reference.

C.C. Auto Brokers, Inc. moved for judgment on the jury's answers to Question 1 (liability), Question 3 (damages) and Question 5 (attorney fees).

**It is therefore Ordered, Adjudged, and Decreed** that Plaintiff C.C. Auto Brokers, Inc. have and recover from Defendant Sterling Interests Investments, Inc. actual damages found by the jury in answer to Question 1 in the amount of $3,830.89.

**It is further Ordered, Adjudged, and Decreed** that Plaintiff C.C. Auto Brokers, Inc. have and recover from Defendant Sterling Interests Investments, Inc. attorneys fees found by the jury in answer to Question 5 in the amount of $22,500.00.

**It is further Ordered, Adjudged, and Decreed** that Plaintiff C.C. Auto Brokers, Inc. have and recover from Defendant Sterling Interests Investments, Inc. prejudgement interest calculated as simple interest, not compounded, at the rate of 5% per annum in the amount of $859.59.

**It is further Ordered, Adjudged, and Decreed** that all cost of court in the amount of $99.00 are hereby taxed against the Defendant Sterling Interests Investments, Inc., and awarded to Plaintiff C.C. Auto Brokers, Inc.

**It is further Ordered, Adjudged, and Decreed** that Plaintiff C.C. Auto Brokers, Inc. have and recover from Defendant Sterling Interests Investments, Inc. post judgement interest at the rate of 5% per annum, compounded annually on the judgement amount of $27,289.48 from the date of this judgement until this judgement is satisfied.

**It is further Ordered, Adjudged, and Decreed** that Defendant Sterling Interests Investments, Inc. take nothing from Plaintiff C.C. Auto Brokers, Inc. in the above entitled and numbered lawsuit.

**It is further Ordered, Adjudged, and Decreed** that execution shall issue on this judgment and all writs and processes for the enforcement and collection of this judgment and/or court cost shall issue as necessary.

This judgment is intended to, and does, fully and finally dispose of all parties and all claims asserted in the above entitled and numbered lawsuit as of the time of entry of this judgment. This judgment is final and appealable.

2

All other relief not expressly granted herein is hereby denied.

Signed this **15** day of **December** 2014.

The Honorable Roberta Lloyd
JUDGE PRESIDING

**Approved as to Form and Substance, and Rendition Requested:**

**WOJCIECHOWSKI & ASSOCIATES, P.C.**

Marc J. Wojciechowski
State Bar No. 21844600
Chris Paugh
State Bar No. 24041664
17447 Kuykendahl Road, Suite 200
Spring, Texas 77379
Telephone: 281-999-7774
Facsimile: 281-999-1955
Email: marc@wojolaw.com
ATTORNEYS FOR PLAINTIFF,
C.C. AUTO BROKERS, INC.

**Approved as to Form Only:**

**THE HARRIS LAW FIRM**

Michael R. Harris
State Bar No. 24025412
1330 Post Oak Blvd., Suite 2550
Houston, Texas 77056
Telephone: 713-864-6401
Facsimile: 713-877-8669
Email: *Mharris@theharrislawfirm.com*
ATTORNEY FOR DEFENDANT,
STERLING INTERESTS INVESTMENTS, INC.

2014 DEC 15 AM 9:49

3